# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA
# TULSA DIVISION

| | | |
|---|---|---|
| 1) DANA BOWMAN, | § § § | |
| Plaintiff, | § § | Civil Action No.: 4:19-cv-00081-GKF-FHM |
| v. | § § § | |
| 1) CROWN WIN RIVER, LLC, and | § § | |
| 2) THE LEINBACH COMPANY, | § § § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

Plaintiff hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled and expects that a dismissal will be filed within thirty (30) days.

Dated: July 23, 2020.

Respectfully Submitted,

CALHOUN & ASSOCIATES

/s/ Eric G. Calhoun
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

        J. Spencer Bryan
        Steven J. Terrill
        BRYAN & TERRILL LAW, PLLC
        3015 E. Skelly Drive, Suite 400
        Tulsa, Oklahoma 74105
        Telephone: (918) 935-2777
        Facsimile: (918) 935-2777
        jsbryan@bryanterrill.com
        sjterrill@bryanterrill.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Courtney Bru<br>MCAFEE & TAFT, P.C.<br>Two West Second Street, Suite 1100<br>Tulsa, Oklahoma 74103<br>courtney.bru@mcafeetaft.com | *Counsel for Defendants Crown Win River, LLC, and The Leinbach Company* |
| J. Spencer Bryan<br>Steven J. Terrill<br>BRYAN & TERRILL LAW, PLLC<br>3015 E. Skelly Drive, Suite 400<br>Tulsa, Oklahoma 74105<br>jsbryan@bryanterrill.com<br>sjterrill@bryanterrill.com | *Counsel for Plaintiff Dana Bowman* |

        */s/ Eric G. Calhoun*
        Eric G. Calhoun