EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANA BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CROWN WIN RIVER, LLC and<br>THE LEINBACH COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 19-cv-81-GKF-FHM<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dana Bowman and Defendants Crown Win River, LLC and The Leinbach Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action and the claims asserted herein with prejudice to re-filing. Each party shall be responsible for its own attorneys' fees, expenses and costs.

Respectfully Submitted,

/s/ *[signature]*
(signed with permission as per settlement terms)
Eric G. Calhoun, OBA No. 33366
Calhoun & Associates
1595 N. Central Expressway
Richardson, TX 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com

and

1

/s/   Courtney Bru
_____
Courtney Bru, OBA No. 21115
McAfee & Taft A Professional Corporation
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 574-3052
Facsimile: (918) 574-3152
courtney.bru@mcafeetaft.com

Attorneys for Defendants